UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE EARL HOWELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No.: 1:18-cv-01179-BAM (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS FOR A PRISONER, OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff Ronnie Earl Howell is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff initiated this action by filing a complaint on August 27, 2018. (Doc. No. 1.) On August 31, 2018, this action was transferred to the Fresno Division of the United States District Court for the Eastern District of California, from the Sacramento Division. (Doc. No. 3.)

Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send to Plaintiff an application to proceed *in forma pauperis* for a prisoner;

2. Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action; and

1

3. <u>No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated: **September 5, 2018**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE