# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE EARL HOWELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>　　　　Defendants. | Case No. 1:18-cv-01179-AWI-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS<br><br>(ECF No. 26) |

Plaintiff Ronnie Earl Howell ("Plaintiff"), a former pretrial detainee now housed at Atascadero State Hospital, proceeded *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 12, 2019, the undersigned issued findings and recommendations recommending dismissal of this action for failure to comply with Federal Rule of Civil Procedure 8 and for failure to state a cognizable section 1983 claim. (ECF No. 23.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. (Id. at 5.) On August 23, 2019, well after the deadline for the filing of objections had expired, the Court dismissed this action, with prejudice, due to Plaintiff's failure to state a claim upon which relief may be granted. Judgment was entered pursuant to the Court's order and the action was closed. (ECF Nos. 24, 25.)

///

1

1 | Currently before the Court is Plaintiff's filing of September 27, 2019. (ECF No. 26.) It appears that Plaintiff is requesting that the Court "waive" the fourteen-day deadline for filing objections to the findings and recommendations. Plaintiff states that he is presently under mental medications and is a layman in federal law. (Id.)

The deadline for Plaintiff to file his objections expired on July 29, 2019. After no communication was received from Plaintiff, this action was closed and judgment entered on August 23, 2019. Plaintiff has not provided good cause for his failure to seek an extension of time prior to the original deadline for filing his objections, or before judgment was entered, or for a waiver of the original deadline now that the action has been closed. Therefore, the undersigned finds no grounds for extension of this deadline or the reopening of this action.

Accordingly, Plaintiff's motion for extension of time to file objections, (ECF No. 26), is HEREBY DENIED. This action remains closed.

IT IS SO ORDERED.

Dated: **October 1, 2019**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE